Helen P. Lilienfeld, Respondent, v. Michael C. C. Lilienfeld, Appellant. — Order modified by reducing the amount of alimony for the support of plaintiff and the education and the support of the issue of the marriage to the sum of $35 per week, and counsel fee to the sum of $300, and as so modified affirmed, without costs. No opinion. Present — Finch, P. J., McAvoy, Martin, O'Malley and Townley, JJ.

Mary E. Banigan, Appellant, v. Patrick J. Reville, as Superintendent of Buildings of the Borough of The Bronx, and Another, Respondents.— Order affirmed, with ten dollars costs and disbursements, on condition that defendants consent within ten days from service of order to a preference so that an immediate trial may be had; otherwise, order reversed and the motion granted, with ten dollars costs and disbursements to the appellant. No opinion. Present — Finch, P. J., McAvoy, Martin, O'Malley and Townley, JJ.

Violet Patricia Swanstrom, Respondent, v. Arthur Monday Swanstrom, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Finch, P. J., McAvoy, Martin, O'Malley and Townley, JJ.

Roger Dunscombe and Others, Respondents, v. Crocker-Wheeler Electric Manufacturing Company and Others, Defendants. Oscar F. Berg, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Finch, P. J., McAvoy, Martin, O'Malley and Townley, JJ.; Finch, P. J., dissents and votes to reverse and grant motion.

Ray Henderson and Another, Respondents, v. George White, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Finch, P. J., McAvoy, Martin, O'Malley and Townley, JJ.

Foster Wheeler Corporation, Respondent, v. American Locomotive Company and Others, Appellants, Impleaded with Another, Defendant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Finch, P. J., McAvoy, Martin, O'Malley and Townley, JJ.

Trident Inn Hotel Corporation, Respondent, v. Sydney Grossman, Appellant.— Order affirmed, with ten dollars costs and disbursements, with leave to the defendant to answer within twenty days from service of order upon payment of said costs and ten dollars costs of motion at Special Term. No opinion. Present — Finch, P. J., McAvoy, Martin, O'Malley and Townley, JJ.

Trident Inn Hotel Corporation, Respondent, v. Sydney Grossman, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Finch, P. J., McAvoy, Martin, O'Malley and Townley, JJ.

Max Kogan, Respondent, v. Fair Waist & Dress Co., Inc., and Others, Appellants.— Order so far as appealed from affirmed, with ten dollars costs and disbursements. No opinion. The date for the examination to proceed to be fixed in the order. Settle order on notice. Present — Finch, P. J., McAvoy, Martin, O'Malley and Townley, JJ.; Finch, P. J., and Martin, J., dissent.

David Schwartz, Respondent, v. Fair Waist & Dress Co., Inc., and Others, Appellants.— Order so far as appealed from affirmed, with ten dollars costs and disbursements. No opinion. The date for the examination to proceed to be fixed in the order. Settle order on notice. Present — Finch, P. J., McAvoy, Martin, O'Malley and Townley, JJ.; Finch, P. J., and Martin, J., dissent.

Bessie Pascale, Appellant, v. Daniel Pascale, Respondent.— Order reversed, with ten dollars costs and disbursements, and motion denied, with ten dollars